UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PELLUM, SR., | Case No. 1:15-cv-410 LJO-BAM |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) |
| v. | |
| FLEMINGS RESTAURANT, | (Doc. 2) |
| Defendant. | |

Plaintiff, Jason Everett Pellum ("Plaintiff"), a prisoner proceeding *pro se* in this action filed a complaint, as well as a request to proceed in forma pauperis on February 25, 2015.[1] (Docs. 1, and 2). Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has at least three

---

[1] This case was initially filed on February 25, 2014 in the Sacramento Division of this district and was transferred to this Court on March 16, 2015. (Docs. 1 and 3).

1

1  dismissals which qualify as final strikes under section 1915(g). <u>Silva v. Di Vittorio</u>, 658 F.3d 1090,
2  1098-99 (9th Cir. 2011). The Court takes judicial notice of the following United States District Court
3  cases: <u>Pellum v. Fresno Police Dept.</u>, 1:10-cv-1258-OWW-SKO (E.D.Cal.) (dismissed for failure to
4  state a claim on Mar. 7, 2011); <u>Pellum v. The White House</u>, 2:13-cv-0651-AC (E.D.Cal.) (dismissed
5  as frivolous on April 26, 2013); <u>Pellum v. Skiles</u>, 1:14-cv-1082-MJS (E.D.Cal.) (dismissed for failure
6  to state a claim on July 22, 2014).

   The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent
   danger exception to section 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007). If
   Plaintiff wishes to pursue this action, he must first pay the $400.00 filing fee.  Accordingly, the Court
   HEREBY ORDERS as follows this action is DISMISSED, without prejudice to re-filing accompanied by
   the $400.00 filing fee.

**SO ORDERED**
**Dated: March 24, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**

2